IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAHEEM STINNETT | No. 16-cr-386 |

### ORDER

**AND NOW**, this 13th day of October 2020, after consideration of Naheem Stinnett's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, (ECF No. 37), and the Government's Response, (ECF No. 39), it is **ORDERED** that Stinnett's Motion is **DENIED** and a certificate of appealability **SHALL NOT** issue. The clerk of court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.